PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Marijuh A. Brown     Cr.: 23-11098M-001
PACTS #: 6502562

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NORTH CAROLINA

Name of Reassigned Judicial Officer:    THE HONORABLE ANDRE M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE
(Transfer of Jurisdiction Accepted on 07/24/2023)

Date of Original Sentence: 01/04/2023

Original Offense:     Count One: Driving While Intoxicated, 18 U.S.C. §13-7210, Misdemeanor Offense

Original Sentence: 12 months probation

Special Conditions: Community Service - Hours, Driver's License Suspension, Drug Treatment, Alcohol Treatment, Substance Abuse Testing, Other Condition, Other Condition, Special Assessment, Fine

Type of Supervision: Probation            Date Supervision Commenced: 01/04/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The defendant shall pay the total criminal monetary penalties under the schedule of payments; $25 Special Assessment Fee and $200 fine. Special Instructions regarding the payment of criminal penalties: Balance of financial Imposition due during the term of probation.** |
| | Specifically, Ms. Brown has not yet paid the $200 fine issued at sentencing. |

U.S. Probation Officer Action:

Ms. Brown is due to complete supervision on January 3, 2024. She has satisfied the condition of a substance abuse evaluation and was not recommended for subsequent treatment. She most recently completed her community service hours; however, continues to have a balance towards the court ordered fine. Ms. Brown advised she will mail in a money order for $200 this week to the sentencing district. It should be noted that Ms. Brown made an attempt to pay the fine in person in North Carolina while visiting family; however, she was advised that the payment must be sent by mail.

At this time, we are respectfully recommending that Ms. Brown be allowed to terminate from supervision as scheduled on January 3, 2024. In the meantime, our office will increase office reporting in an effort to have Ms. Brown remit the fine payment.

Prob 12A – page 2
Marijuh A. Brown

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   JENNIFER M. BONET
U.S. Probation Officer

/ jmb

APPROVED:

_____   12/05/2023
CARRIE H. BORONA               Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time and Ms. Brown is approved to terminate supervision as scheduled on January 3, 2024 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

12/6/2023
Date